Patrick J. Neligan, Jr.
State Bar No. 14866000
pneligan@neliganlaw.com
David Ellerbe
State Bar No. 06530600
dellerbe@nelignalaw.com
Robert H. Stone
State Bar No. 19301010
rstone@neliganlaw.com
NELIGAN TARPLEY ANDREWS & FOLEY, LLP
1700 Pacific Ave., Suite 2600
Dallas, Texas 75201
Telephone:    (214) 840-5300
Facsimile:    (214) 840-5301
COUNSEL FOR DEBTORS AND
DEBTORS-IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MINORPLANET SYSTEMS USA, INC. | § | Case No. 04-31200 HDH-11 |
| CAREN (292) LIMITED | § | Case No. 04-31201 HDH-11 |
| MINORPLANET SYSTEMS USA LIMITED | § | Case No. 04-31202 SAF-11 |
| | § | |
| Debtors | § | JOINTLY ADMINISTERED UNDER |
| | § | Case No. 04-31200 HDH-11 |
| | § | |
| | § | Hearing: June 28, 2004 |
| | § | Time:    1:30 p.m. |

### CERTIFICATION OF BALLOTING AGENT WITH RESPECT TO VOTES ON THE DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION

Carolyn Perkins, being duly sworn, deposes and says, under the penalty of perjury:

1. I am a Legal Assistant employed by Neligan Tarpley Andrews & Foley LLP ("NTAF"), and the Balloting Agent (the "Balloting Agent") designated by Minorplanet Systems USA, Inc., Caren (292) Limited and Minorplanet Systems USA Limited (collectively, the "Debtors") to assist with the dissemination of solicitation materials and the solicitation of

votes to accept or reject the Debtors' Second Amended Joint Plan of Reorganization (as may be modified or amended, the "Plan") by holders of claims and interests against the Debtors. I am authorized to submit this certification on behalf of NTAF. Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The procedures for the solicitation of the Plan and tabulation of votes are set forth in (a) the Order (i) Approving Debtors' Second Amended Disclosure Statement Regarding Debtors' Second Amended Joint Plan Of Reorganization, (ii) Setting Hearing To Consider Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization, And (iii) Establishing Deadline For Filing Objections Thereto (the "Disclosure Statement Order") and (b) the Order Approving Motion To (i) Establish A Record Date; (ii) Establish Notice And Objection Procedures For Confirmation Of The Plan; (iii) Approve Solicitation Packages And Procedures For Distribution; And (iv) Approve Forms Of Ballots And Procedures For Voting On The Plan (the "Voting Procedures Order").

3. The Debtors designated the Balloting Agent to review and tabulate ballots submitted to vote for the acceptance or rejection of the Plan by the holders of impaired claims and interests against the Debtors (the "Voting Classes).

4. The Debtors instructed the Balloting Agent to tabulate ballots submitted in the Voting Classes in accordance with the procedures set forth in the Disclosure Statement Order, the Voting Procedures Order and the Plan.

5. Ballots returned by mail, hand delivery, or overnight courier were received by the Balloting Agent at the offices of NTAF in Dallas, Texas. All ballots received were processed in accordance with the procedures outlined in the Voting Procedures Order.

6. In order for a ballot to be counted as valid, the ballot must have been properly completed and executed by the holder of a claim, or such holder's authorized representative, and must have been received by the deadline of 5:00 p.m. (Central Time) on June 24, 2004 (the "Voting Deadline"). No extensions were granted; however certain claimants were allowed to vote by facsimile to meet the deadline by agreeing to supply an original ballot by overnight mail or hand delivery.

7. Ballots not validly executed and/or not received by the Voting Deadline were not counted.

8. All validly executed ballots from holders in the Voting Classes received by the Balloting Agent on or before the Voting Deadline were tabulated by the Balloting Agent.

9. I hereby certify that the results of the voting by holders of claims in the Voting Classes of the Plan are as set forth in <u>Exhibit "A"</u> hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly completed ballots received by the Balloting Agent.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Carolyn Perkins

Sworn to before me this
25th day of June, 2004
_____
Felecia Dorsey
Notary Public



FELECIA DORSEY
Notary Public, State of Texas
My Commission Expires
February 14, 2007

**CERTIFICATION OF BALLOTING AGENT WITH RESPECT**
**TO THE DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION - PAGE 3**
C:\NrPortbl\FIRMDOCS\CPERKINS\11112_2.DOC
11112.2 10511-001

6/25/2004 - 1:00 p.m.

## Minorplanet Ballots

| Claimant | Amount Voted Accept | Reject | Percentage Acceptances | Comments |
|---|---|---|---|---|
| **Class 2 - Secured Claims** | | | | |
| Dallas County | 14,942.03 | | | |
| Harris County | 1,570.31 | | | |
| Houston, City of | 1,789.14 | | | |
| Houston I.S.D. | 3,839.08 | | | |
| Richardson, City of | 14,239.72 | | | |
| Totals: | 36,380.28 | - | 100.00% | |
| **Class 3 - General Unsecured Claims** | | | | |
| Allied Riser Operations Corp. | 28,465.94 | | | |
| Cardinal Collins Tech Center, Inc. | 1,118,436.60 | | | |
| Creative Technologies Wisconsin, Inc. | 558,806.19 | | | |
| D&B Auto Radio, Inc. | 50,847.81 | | | |
| Edgar, William Tim, Trustee | | | | |
| Emkay Inc. | 280,177.71 | | | |
| Fleet Securities | 10,000.00 | | | |
| Goldman Sachs & Co. | 900,000.00 | | | |
| Highline Capital Corp. | 43,920.44 | | | |
| Legent Clearing | 162,000.00 | | | Master ballot |
| Locke Lidell & Sapp, LLP | 114,357.93 | | | Master ballot |
| Marvin Groves Electric Co., Inc. | | | | Master ballot |
| Merced Partners | | 10,000.00 | | |
| Miller, Lloyd (various entities) | 2,530,000.00 | 2,020,000.00 | | See page 3 |
| Minorplanet Limited | 1,000,000.00 | | | |
| Mitchell Staffing Resources, Inc. | 29,735.00 | | | Master ballot |
| Northern Trust Company | 435,000.00 | | | Master ballot |



EXHIBIT A

| | | | |
|---|---|---|---|
| OTA | 900,000.00 | | Bondholder |
| Pershing LLC | 525,000.00 | | Master ballot |
| PHS&G Profit Sharing Account #1 | 250,000.00 | | Bondholder |
| Protect America, Inc. | 118,098.60 | | |
| ReGen Capital | 9,327.13 | | |
| Suntron Corporation | | 1,302,431.10 | Bondholder |
| Wilson, Sam | 1,000,000.00 | | |
| Totals: | 10,064,173.35 | 3,332,431.10 | 75.12% Total amount of unsecured/bonds voted: 13,396,604.45 |

### Class 4 - Convenience Claims

| | | |
|---|---|---|
| 34 Sign Systems | 414.06 | 88.0000% |
| 1900 Ocean | 4,284.03 | |
| All Metals Fabricating, Inc. | 501.50 | |
| Allied Electronics, Inc. | 471.78 | |
| Blast Express, Inc. | 142.85 | |
| Business Interiors | 3,630.57 | |
| Celluar South, Inc. | 0.00 | |
| Cort Furniture Rental | 5,171.42 | |
| Diepenbrock, J. Thomas | 329.00 | |
| Digi-Key Corporation | 59.99 | |
| Dorflinger, Neil | 20,000.00 | |
| Esworthy/Russell, Inc. dba Zedesign | 655.34 | |
| Exhibit Transfer, Inc. | 1,261.27 | |
| Federal Express | 2,888.32 | |
| Gem Advisors Dallas LLC | 15,022.87 | |
| Information Leasing Corporation | 5,306.86 | |
| I Tech Consulting Group, Inc. | 392.00 | |
| Integrated Alarm System Group, Inc. | 32,184.23 | Bondholder - through 1st Southwest Co. |
| Jan Advertising Specialties | 1,680.89 | |
| Jasons Deli | 75.00 | |
| KCOL Inc. DBA Complete Security Service | 224.81 | |
| Legend Press | 1,216.00 | |
| Martinez, Graciela A. | | 1,350.00 |
| Murphy, Ronald | 12,830.06 | |
| Myers Services | 422.20 | |
| Naylor Publications, Inc. | 3,358.96 | |
| PolyPhaser | 16,260.56 | |

| | | |
|---|---:|---|
| Professional Testing (EMI) Inc. | 2,600.00 | |
| Pro Printing Service | 868.97 | |
| Ramirez, Ambra (sp?) | 20,000.00 | |
| Total Plumbing | 303.10 | |
| TXU Gas Distribution | 2,398.88 | |
| TXU Energy Retain Company LP | 30,746.75 | |
| Vink Teave & Associates, P.C. | 104.73 | |
| Totals: | 185,807.00 | 1,350.00 | 99.28% |

### Class 5 - Common Stockholders (share #s)

| | | | |
|---|---:|---:|---|
| ADP | 208,694 | | Master ballot |
| Bank of New York | 368,967 | | Master ballot |
| Bank of New York | 25,363 | | Master ballot |
| Citibank | 39,106 | | Master ballot |
| Erin Mills Investment Corporation | 4,076,784 | | |
| Erin Mills Investment Corporation | 362,452 | 11,667 | |
| Frost National Bank | 7,675 | | |
| JP Morgan Chase | 4,355 | | Master ballot |
| Korrie, David | 1,140 | | |
| Mac & Co. (sp?) | 379,618 | | |
| Mackay Shields LLC | 2,139,949 | | See page 2 |
| Mellon Trust of New England | 1,341 | | |
| Minorplanet Systems plc | 1,924,296 | 3,582 | |
| Northern Trust Company | 20 | | Master ballot |
| Schley, Jack | | | Accepted, but no share amount |
| State Street Bank & Trust Company | | | Duplicates vote of Mackay - Cambridge |
| State Street Bank & Trust Company | | | Duplicates vote of Mackay - Mainstay |
| Totals: | 9,539,760 | 3,582 | 99.96% |

Percent of oustanding shares voting: 98.6%

| Claimant | Amount Voted | | Percentage Acceptances | Comments |
|---|---|---|---|---|
| | Accept | Reject | | |
| Mackay Shields LLC | | | | |
| Mackay Shields Trust High Yield Collaborate Bond | 2,861 | | | |
| Chase 401K | 4,355 | | | |
| Mackay Shields Cayman Trust | 4,451 | | | |
| Mainstay Strategic Value | 4,769 | | | |
| Vulcan Materials Company | 5,723 | | | |
| Nations Annuity Trust | 5,723 | | | |
| Pension Plan of Constellation Energy | 7,153 | | | |
| San Antonio Fireman & Policeman Pension Fund | 7,948 | | | |
| Cambridge Contributory Retirement System | 8,266 | | | |
| MLG - NY Life High Yield Fund | 9,379 | | | |
| NSource Inc. Master Trust | 10,333 | | | |
| Lexington Fayette Urban County Government | 12,717 | | | |
| Anschitz Corporation | 15,897 | | | |
| Mainstay Diversified Income Fund | 16,691 | | | |
| Nations High Yield Bond Fund | 25,594 | | | |
| City of Fort Worth | 27,978 | | | |
| Houston Police Officers Pension Fund | 30,204 | | | |
| Pensidenfords Metal En Techner | 31,953 | | | |
| Memphis Retirement System | 45,624 | | | |
| EA/Mckay High Yield Cayman Just Trust | 79,326 | | | |
| Local 1199 | 86,161 | | | |
| Tennessee Valley Authority | 133,534 | | | |
| Pennsylvania Public Employment Retirement System | 172,482 | | | |
| VD Series High Yield | 234,003 | | | |
| Mainstay High Yield Fund | 1,156,824 | | | |
| | 2,139,949 | | | |